# APPEAL SCHEDULE

## COURT OF APPEALS NUMBER:

Defendant: Luis Rocha

Judge: Chris Oldner

Court Reporter: Sue Maienschein

Cause No: 416-82347-2014

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
11/18/2015 10:44:38 AM
LISA MATZ
Clerk

Trial Atty: Sheryl Adams
Address: P,O, Box 2171
McKinney, TX 75070-2171
Phone: 972-489-5279
Fax: 972-767-4844
State Bar No. 00869800

Appeal Atty: Stephanie Duecker Hudson
Address: 1333 W McDermott Dr
Suite 200
Allen TX 75013

Phone: 469-519-7815
Fax: 972-530-6218
State Bar No. 24007130

Offense: ASSAULT FAMILY/HOUSEHOLD MEMBER W/PREV CONV

Retained _____ Appointed __X__

Punishment : Forty (40) years institutional division, TDCJ. $350.02 court costs.

Jail ____ TDCJ _X_ Bond ____ Prob ____

Notice of Appeal copy to Court of Appeals, Sheriff Office, & Court Reporter: November 18, 2015

Certification of Appeal form copy to Court of Appeal, State & Defense:

TRN Sent :

Date of Sentencing: September 23, 2015

Motion for New Trial filed:  Sentence Date + 30

Notice of Appeal filed: October 01, 2015
Sentence Date + 30
MNT filed Sentence Date + 90

Transcript due in Court of Appeals :

No MNT filed :  Sentence Date + 60    **November 22, 2015**
MNT Filed + 120